DANIEL K. SPRADLIN - State Bar No. 82950
WOODRUFF, SPRADLIN & SMART, APC
555 Anton Boulevard, Suite 1200
Costa Mesa, California 92626-7670
Telephone:  (714) 558-7000
Facsimile:   (714) 835-7787
dspradlin@wss-law.com

Attorneys for Defendants COUNTY OF ORANGE, a public entity
and KELLY BURNETT, as an employee of Defendant COUNTY OF ORANGE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NUNCHANARD T. "KIM" ELLIOTT,<br><br>          Plaintiff,<br><br>v.<br><br>ORANGE COUNTY; CITY OF WESTMINSTER; ADRIANA NARANJO; KELLY BURNETT; AND DOES 1-20 INCLUSIVE,<br><br>          Defendants. | CASE NO.: SACV07-1404 AG (ANx)<br><br>**JUDGMENT**<br><br><br>TRIAL DATE:  April 14, 2009 |

This matter came on for hearing before the Court on March 23, 2009, the Honorable Andrew J. Guilford, Judge Presiding, on the motion for summary judgment by Defendants County of Orange and Kelly Burnett, and the motion for summary judgment by Defendants City of Westminster and Officer Adriana Naranjo, and the evidence presented in the moving papers having been fully considered, as well as the notice of non-opposition filed by Plaintiff Nunchanard T. "Kim" Elliott, and a decision having been duly rendered,

///

///

///

1

621621.1

///

///

IT IS ORDERED AND ADJUDGED that Plaintiff Nunchanard T. "Kim" Elliott takes nothing by way of her complaint, that the action be dismissed on the merits and that Defendants County of Orange, Kelly Burnett, City of Westminster and Officer Adriana Naranjo recover their costs.

DATED: March 26, 2009

HONORABLE ANDREW J. GUILFORD
UNITED STATES DISTRICT COURT JUDGE

2

621621.1